## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROBERT L. REESE, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>WESTAR ENERGY, INC., CHARLES Q. CHANDLER IV, MOLLIE HALE CARTER, R.A. EDWARDS, JERRY B. FARLEY, RICHARD L. HAWLEY, ANTHONY ISAAC, SANDRA A. J. LAWRENCE, MARK A. RUELLE, S. CARL SODERSTROM JR., GREAT PLAINS ENERGY INCORPORATED, MONARCH ENERGY HOLDING, INC., and KING ENERGY, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 17-2584<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to plaintiff only, and without prejudice to the putative class. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: February 7, 2018

                Respectfully Submitted,

                By: _/s/ Bruce Keplinger_
                Bruce Keplinger (#09562)
                Corporate Woods, Building 32
                9225 Indian Creek Parkway, Suite 750
                Overland Park, KS 66210
                Telephone: (913) 663-2000/(913) 663-2006 FAX
                bk@nkfirm.com
                **NORRIS & KEPLINGER, LLC**

{0207608.DOCX}

        Brian D. Long
        Gina M. Serra
        2 Righter Parkway, Suite 120
        Wilmington, DE 19803
        Telephone: (302) 295-5310
        GMS@rl-legal.com
        **RIGRODSKY & LONG, P.A.**

        **LAW OFFICE OF ALFRED G. YATES, JR., P.C.**
        300 Mt. Lebanon Boulevard
        Suite 206-B
        Pittsburgh, PA 15234
        Telephone: (412) 391-5164
*Attorneys for Plaintiff Robert L. Reese*